# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KATHERINE REZNIK BENOIT                                NO.   2022 CW 0896

VERSUS

BENJAMIN PAUL BENOIT                                **OCTOBER 24, 2022**

---

In Re:   Katherine Reznik Benoit, applying for supervisory
         writs, Family Court in and for the Parish of East
         Baton Rouge, No. 215758.

---

**BEFORE:   McDONALD, McCLENDON, AND HOLDRIDGE, JJ.**

   **WRIT DENIED.**   Relator failed to attach the documentation
required by Rule 21 § 2 of the Local Rules of the Family Court
in and for the Parish of East Baton Rouge to her motion to
proceed *in forma pauperis.*
                              **JMM**
                              **GH**

   **McClendon, J.,** concurs.   This does not preclude plaintiff
from filing a new motion to proceed in *forma pauperis* with the
documentation required.

COURT OF APPEAL, FIRST CIRCUIT

*a.S.*
_____
     DEPUTY CLERK OF COURT
     FOR THE COURT